CO-386-online
10/03

# United States District Court
# For the District of Columbia

WILDEARTH GUARDIANS

               Plaintiff

vs

U.S. BUREAU OF LAND MANAGEMENT et al.,

               Defendant

Civil Action No. _____

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for **Robert Ukeiley** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **WILDEARTH GUARDIANS** which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

MD 14062
BAR IDENTIFICATION NO.

Robert Ukeiley
Print Name

1536 Wynkoop Street, Ste. 300
Address

Denver, CO 80202
City    State    Zip Code

720-563-9306
Phone Number