UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT,<br>1849 C Street NW<br>Washington, DC 20240,<br><br>UNITED STATES DEPARTMENT OF INTERIOR,<br>1849 C Street NW<br>Washington, DC 20240,<br><br>DIRK KEMPTHORNE, in his official capacity as Secretary of the Interior<br>1849 C Street NW<br>Washington, DC 20240, and<br><br>LINDA RUNDELL,<br>1474 Rodeo Road<br>Santa Fe, NM 87505,<br>in her official capacity as State Director of the New Mexico Bureau of Land Management Office,<br><br>　　　　Defendants. | No. 1:08-cv-00802-ESH |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendants, United States Bureau of Land Management, United States Department of Interior, Dirk Kempthonre, and Linda Rundell (hereinafter "Defendants"), hereby respectfully request a three-week extension of time to respond to the Complaint, and as grounds therefore, state as follows:

1. The Complaint in this action was filed on May 9, 2008.

2. The Complaint was served on the U.S. Attorney's Office for the District of Columbia on May 19, 2008. As a result, Defendants' response to the Complaint is due on or before July 18, 2008. See Fed. R. Civ. P. 6(a)(3) & (4); 12(a)(2).

3. In the Complaint, Plaintiff Wildearth Guardians ("Plaintiff") asserts four claims under the National Environmental Policy Act (NEPA) and one claim under the Federal Land Policy and Management Act (FLPMA), arising out of the granting of exceptions to seasonal restrictions on activity at specially designated areas (SDAs) on federal land in New Mexico.

4. Plaintiff's Complaint contains 168 paragraphs. Many of these paragraphs do not make a single averment, but include multiple distinct allegations, each of which Defendants must investigate and respond to. (See, e.g., Compl., ¶ 89, containing twelve sentences). The Complaint is, in fact, forty-seven pages long.

5. The Complaint's allegations are often complicated and fact-specific. For instance, the Complaint is replete with allegations purporting to describe and quote from specific correspondence between defendant United States Bureau of Land Management's (BLM) Farmington Field Office and various industry representatives with regards to requested exceptions. Indeed, the Complaint contains 94 footnotes, which cite to specific examples of such correspondence, as well as to various BLM documents.

6. Defendants have been undertaking an investigation of Plaintiff's claims and assembling responsive allegations to the Complaint's averments. However, due to the number and complexity of the Complaint's allegations, Defendants needs additional time in order to compile the information necessary to adequately respond to the Complaint.

7.   Additionally, undersigned, who is the only Department of Justice attorney assigned to this case, will be out of the office for approximately one week starting July 25, 2008 while he moves his family across the country.

8.   As a result, the Defendants respectfully request that the Court enter an order that they respond to the Complaint on or before August 8, 2008.

9.   On July 11 and 14, 2008, undersigned attempted to telephone Plaintiff's counsel and left messages for Plaintiff's counsel, who did not answer his phone. Additionally, on July 14, 2008, undersigned emailed Plaintiff's counsel, identifying the relief sought herein and seeking Plaintiff's position on this motion. As of the time of filing, Plaintiff's counsel has not responded to undersigned's phone calls or email message.

10.  This motion is not filed for improper purposes or to delay the proceedings. No previous extensions of time have been sought, and no prejudice will result to Plaintiff.

WHEREFORE, Defendants respectfully requests that the Court enter an order requiring that Defendants submit their response to the Complaint on or before August 8, 2008.

RESPECTFULLY SUBMITTED this 14th day of July, 2008.

        RONALD J. TENPAS
        Assistant Attorney General
        Environment and Natural Resources Division

        /s/ Romney S. Philpott
        ROMNEY S. PHILPOTT, Colo. Bar # 35112
        Environment and Natural Resources Division
        United States Department of Justice
        P.O. Box 663
        Washington, D.C. 20044-0663
        Telephone: (202) 305-0258
        Facsimile: (202) 305-0427
        Romney.Philpott@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2008, a copy of the foregoing MOTION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT and related proposed order, was served by CM/ECF electronic filing on the following attorneys of record:

Robert Ukeiley
WildEarth Guardians
1536 Wynkoop Street, Suite 300
Denver, CO 80202
720-563-9306
rukeiely@wildearthguradians.org.

                                              /s/ Romney S. Philpott

                                              Counsel for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES BUREAU OF LAND ) <br> MANAGEMENT, UNITED STATES ) <br> DEPARTMENT OF INTERIOR, DIRK ) <br> KEMPTHORNE, in his official capacity as ) <br> Secretary of the Interior, LINDA ) <br> RUNDELL, in her official capacity as State ) <br> Director of the New Mexico Bureau of ) <br> Land Management Office, ) <br> ) <br> Defendants. ) <br> _____) | No. 1:08-cv-00802-ESH |

**ORDER ON MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

This matter is before the Court on Defendants United States Bureau of Land Management, United States Department of Interior, Dirk Kempthorne, and Linda Rundell's (hereinafter "Defendants") Motion for an Extension of Time to Respond to Complaint, filed July 14, 2008.  The motion hereby GRANTED, and Defendants are ORDERED to submit their response to the Complaint on or before August 8, 2008.

Dated: this _____day of July, 2008.

_____
U.S. District Judge