AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

WILDEARTH GUARDIANS

**SUMMONS IN A CIVIL CASE**

V.

U.S. BUREAU OF LAND MANAGEMENT, et al.,

CASE NUMBER:

Case: 1:08-cv-00802
Assigned To : Huvelle, Ellen S.
Assign. Date : 5/9/2008
Description: Admin Agency Review

TO: (Name and address of Defendant)

Jeffrey A. Taylor
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert Ukeiley
WildEarth Guardians
1536 Wynkoop Street Ste. 300
Denver, CO 80202

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                           MAY - 9 2008

CLERK _____    DATE
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 5/19/08 |
| NAME OF SERVER *(PRINT)* Danielle Capillo | TITLE legal assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): served by certified mail return receipt requested

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $7.43 postage | $7.43 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7/24/08
                *Date*

Signature of Server

Address of Server: 1536 Wynkoop Street Ste. 300
Denver CO 80202

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>MAY 1 9 2008 | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Jeffrey A. Taylor<br>United States Attorney's Office<br>555 4th street, N.W.<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number (Transfer from service label) | 7004 2510 0000 4876 3210 | wild life exceptions |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.53 |
| Certified Fee | 2.7_ |
| Return Receipt Fee (Endorsement Required) | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.4_ |

Postmark Here — BEREA COLLEGE POST OFFICE MAY 12 2008 KY

Sent To: Jeffrey A. Taylor US AH Office
Street, Apt. No.; or PO Box No.: 555 4th Street, NW
City, State, ZIP+4: Washington, DC 20530 (WLE)

7004 2510 0000 4876 3210

PS Form 3800, June 2002   See Reverse for Instructions