AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

WILDEARTH GUARDIANS

**SUMMONS IN A CIVIL CASE**

V.

U.S. BUREAU OF LAND MANAGEMENT, et al.,

CASE NUMBER:

Case: 1:08-cv-00802
Assigned To : Huvelle, Ellen S.
Assign. Date : 5/9/2008
Description: Admin Agency Review

TO: (Name and address of Defendant)

Attorney General Michael B. Mukasey
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert Ukeiley
WildEarth Guardians
1536 Wynkoop Street Ste. 300
Denver, CO 80202

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**

MAY - 9 2008

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 5/19/08 |

| NAME OF SERVER (PRINT) Danielle Capillo | TITLE legal assistant |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _Served by certified mail return reciept requested_

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $17.26 postage | TOTAL $17.26 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/24/08
            Date

Signature of Server: _Danielle Capillo_

Address of Server: 1536 Wynkoop Street Ste. 300
                   Denver CO 80202

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>MAY 1 9 2008 | C. Date of Delivery |
| 1. Article Addressed to:<br>Attorney General Michael Mukasey<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes | |
| 2. Article Number (Transfer from ser...) | 7004 2510 0000 4876 3203 | wildlife exceptions |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ 2.3_ |
| Certified Fee | 2.70 |
| Return Receipt Fee (Endorsement Required) | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.2_ |

Postmark: MAY 12 2008  BEREA COLLEGE POST OFFICE  KY 40404

Sent To: Michael B. Mukasey
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave., N.W.
City, State, ZIP+4: Washington, DC 20530-0001  WLE

7004 2510 0000 4876 3203

PS Form 3800, June 2002    See Reverse for Instructions