AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

WILDEARTH GUARDIANS

**SUMMONS IN A CIVIL CASE**

V.

U.S. BUREAU OF LAND MANAGEMENT, et al.,

CASE NUMBER:

Case: 1:08-cv-00802
Assigned To : Huvelle, Ellen S.
Assign. Date : 5/9/2008
Description: Admin Agency Review

TO: (Name and address of Defendant)

UNITED STATES BUREAU OF LAND MANAGEMENT
1849 C Street, NW
Washington, DC 20240,

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert Ukeiley
WildEarth Guardians
1536 Wynkoop Street Ste. 300
Denver, CO 80202

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

MAY - 9 2008

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 5/22/08 |
| NAME OF SERVER (PRINT) Danielle Capillo | TITLE legal assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): served by certified mail return reciept requested

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES $7.26 postage | TOTAL 7.26 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/24/08
Date

*Signature of Server* Danielle Gupta

*Address of Server* 1536 Wynkoop Street Ste. 300
Denver CO 80202

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Stanley Penn*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Stanley Penn  5/22/08 |
| 1. Article Addressed to:<br>United States Bureau of Land Management<br>c/o Jim Caswell<br>1849 C Street, NW<br>Washington, DC 20240 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number  7006 0100 0006 7192 7028 | wildlife exceptions |
| PS Form 3811, February 2004  Domestic Return Receipt | 102595-02-M-1540 |

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | 2.36 |
| Certified Fee | | 2.70 |
| Return Receipt Fee (Endorsement Required) | | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 7.26 |

Postmark: BEREA COLLEGE POST OFFICE, MAY 12 2008, 40404

7006 0100 0006 7192 7028

Sent To: Jim Caswell U.S. B.L.M
Street, Apt. No.; or PO Box No. 1849 C Street, NW
City, State, ZIP+4 Washington, DC 20240 (WLE)

PS Form 3800, June 2002  See Reverse for Instructions