AO-440 (Rev DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

WILDEARTH GUARDIANS

**SUMMONS IN A CIVIL CASE**

V.

U.S. BUREAU OF LAND MANAGEMENT, et al.,

CASE NUMBER:

Case: 1:08-cv-00802
Assigned To : Huvelle, Ellen S.
Assign. Date : 5/9/2008
Description: Admin Agency Review

TO: (Name and address of Defendant)

UNITED STATES DEPARTMENT OF INTERIOR
1849 C Street, NW
Washington, DC 20240,

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert Ukeiley
WildEarth Guardians
1536 Wynkoop Street Ste. 300
Denver, CO 80202

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**

MAY - 9 2008

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 5/19/08 |
| NAME OF SERVER (PRINT) Danielle Capillo | TITLE | legal assistant |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

G  Other (specify): _served by certified mail return reciept requested_

_____

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES $ 7.26 postage | | TOTAL $7.26 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/24/08
Date

Signature of Server  _Danielle Gula_

Address of Server  1536 Wynkoop Street Ste. 300
Denver CO 80202

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, an '3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dirk Kempthorne
Secretary of the Interior
1849 C Street, NW
Washington, DC 20240

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

x M. Clark        ☐ Agent
                  ☐ Addressee

B. Received by ( *Printed Name* )        C. Date of Delivery

M. Tyson        8/19/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☒ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes

wild life
exceptions

2. Article Number
   (*Transfer from*)    7006 0100 0006 7192 6991

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.36 |
| Certified Fee | 2.7 |
| Return Receipt Fee (Endorsement Required) | 1.20 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.26 |

BEREA COLLEGE POST OFFICE
Postmark Here
MAR 2 2008

Article number: 7006 0100 0006 7192 6991

Sent To Dirk Kempthorne Secretary of Int.
Street, Apt. No.; or PO Box No. 1849 C Street, NW
City, State, ZIP+4 Washington, DC 20240 WLE

PS Form 3800, June 2002    See Reverse for Instructions