UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILDEARTH GUARDIANS,           )
                               )
              Plaintiff,        )
                               )
    v.                          )
                               )
UNITED STATES BUREAU OF LAND    )
MANAGEMENT, UNITED STATES       )
DEPARTMENT OF INTERIOR, DIRK    )    No. 1:08-cv-00802-ESH
KEMPTHORNE, in his official capacity as  )
Secretary of the Interior, LINDA  )
RUNDELL, in her official capacity as State )
Director of the New Mexico Bureau of  )
Land Management Office,          )
                               )
              Defendants.        )
_____)

**UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendants, United States Bureau of Land Management, United States Department of Interior, Dirk Kempthorne, and Linda Rundell (hereinafter "Defendants"), hereby respectfully request a thirty-day extension of time to respond to the Complaint, and as grounds therefore, state as follows:

1.      The Complaint in this action was filed on May 9, 2008 and served on May 19, 2008.  Defendants' response to the Complaint was originally due on or before July 18, 2008.

2.      On July 14, 2008, Defendants sought an extension of time to respond to the Complaint, based upon their need for more time to investigate Plaintiff's claims and because undersigned was scheduled to be out of the office.  (See Doc. No. 3.)  On July 15, 2008, the Court granted Defendants' motion, ordering Defendants to respond to the Complaint on or before August 8, 2008.

3.      Since that time, the parties actively have engaged in settlement negotiations. Recently, the parties have discussed a possible agreement that they believe may resolve the claims raised in Plaintiff's Complaint.  However, the parties are still negotiating details, and require more time to determine whether they will be able to reach a final agreement.

4.      Defendants therefore respectfully request a thirty-day extension of time, until September 8, 2008, to respond to the Complaint.  Such extension would allow the parties and counsel to focus their resources on negotiations in the hope that the case may be resolved without the need for litigation.  Defendants believe that a thirty-day extension will provide sufficient time for the parties to exhaust their settlement efforts.

5.      On August 6, 2008, undersigned spoke with Plaintiff's counsel regarding the relief sought herein, and was informed that Plaintiff does not oppose the relief sought herein.

6.      This motion is not filed for improper purposes or to delay the proceedings.

WHEREFORE, Defendants respectfully requests that the Court enter an order requiring that Defendants submit their response to the Complaint on or before September 8, 2008.

RESPECTFULLY SUBMITTED this 6th day of August, 2008.

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

/s/ Romney S. Philpott
ROMNEY S. PHILPOTT, Colo. Bar # 35112
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 663
Washington, D.C.  20044-0663
Telephone: (202) 305-0258
Facsimile: (202) 305-0427
Romney.Philpott@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2008, a copy of the foregoing UNOPPOSED MOTION FOR A SECOND EXTENSION OF TIME TO RESPOND TO COMPLAINT and related proposed order, was served by CM/ECF electronic filing on the following attorneys of record:

Robert Ukeiley
Law Office of Robert Ukeiley
435R Chestnut Street, Ste. 1
Berea, KY 40403
Tel: (859) 986-5402
Fax: (866) 618-1017

rukeiley@igc.org


/s/ Romney S. Philpott

Counsel for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILDEARTH GUARDIANS,       )
       )
       Plaintiff,       )
       )
       v.       )
       )
UNITED STATES BUREAU OF LAND       )
MANAGEMENT, UNITED STATES       )
DEPARTMENT OF INTERIOR, DIRK       )     No. 1:08-cv-00802-ESH
KEMPTHORNE, in his official capacity as    )
Secretary of the Interior, LINDA       )
RUNDELL, in her official capacity as State )
Director of the New Mexico Bureau of       )
Land Management Office,       )
       )
       Defendants.       )
_____)

**ORDER ON UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO
RESPOND TO COMPLAINT**

This matter is before the Court on the United States Bureau of Land Management, United

States Department of Interior, Dirk Kempthorne, and Linda Rundell's (hereinafter

"Defendants"), Unopposed Motion for a Second Extension of Time to Respond to Complaint,

filed August 6, 2008.  The motion hereby GRANTED, and Defendants are ORDERED to submit

their response to the Complaint on or before September 8, 2008.


Dated: this _____day of August, 2008.


                _____
                U.S. District Judge