UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES BUREAU OF LAND MANAGEMENT, UNITED STATES DEPARTMENT OF INTERIOR, DIRK KEMPTHORNE, in his official capacity as Secretary of the Interior, LINDA RUNDELL, in her official capacity as State Director of the New Mexico Bureau of Land Management Office, | ) ) ) ) ) ) ) ) ) No. 1:08-cv-00802-ESH |
| | ) |
| Defendants. | ) |
| | ) |

**UNOPPOSED MOTION FOR THIRD EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendants, United States Bureau of Land Management, United States Department of Interior, Dirk Kempthorne, and Linda Rundell (hereinafter "Defendants"), hereby respectfully request a three-week extension of time to respond to the Complaint, and as grounds therefore, state as follows:

1. The Complaint in this action was filed on May 9, 2008 and served on May 19, 2008. Defendants' response to the Complaint was originally due on or before July 18, 2008.

2. On July 14, 2008, Defendants sought an extension of time to respond to the Complaint, based upon their need for more time to investigate Plaintiff's claims and because undersigned was scheduled to be out of the office. On July 15, 2008, the Court granted Defendants' motion, ordering Defendants to respond to the Complaint on or before August 8, 2008. Subsequently, the parties engaged in settlement discussions, and on August 6, 2008,

Defendants filed a second extension of time to allow the parties to focus on such discussions. On August 7, 2008, the Court granted Defendants' second motion and ordered Defendants to respond to the Complaint on or before September 8, 2008.

3. The parties spent much of August negotiating over the possible settlement of this case, and have recently reached a consensus with regards to almost all of the terms of an agreement which would completely resolve this case. However, once finalized in its entirety, the agreement remains subject to review and approval by multiple layers of management within the Department of Justice.

4. Defendants therefore respectfully request a three-week extension of time, until September 29, 2008, to respond to the Complaint. Such extension would allow sufficient time for Defendants to completely finalize the proposed agreement and seek the approval necessary to dispose of this case. Undersigned believes that no further extensions will be necessary.

5. On September 4, 2008, undersigned spoke with Plaintiff's counsel Jay Tutchton regarding the relief sought herein, and was informed that Plaintiff does not oppose the relief sought herein.

6. This motion is not filed for improper purposes or to delay the proceedings.

WHEREFORE, Defendants respectfully requests that the Court enter an order requiring that Defendants submit their response to the Complaint on or before September 29, 2008.

RESPECTFULLY SUBMITTED this 4th day of September, 2008.

>RONALD J. TENPAS
>Assistant Attorney General
>Environment and Natural Resources Division
>
>/s/ Romney S. Philpott
>ROMNEY S. PHILPOTT, Colo. Bar # 35112
>Environment and Natural Resources Division
>United States Department of Justice
>P.O. Box 663
>Washington, D.C.  20044-0663
>Telephone: (202) 305-0258
>Facsimile: (202) 305-0427
>Romney.Philpott@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on September 4, 2008, a copy of the foregoing UNOPPOSED MOTION FOR A THIRD EXTENSION OF TIME TO RESPOND TO COMPLAINT and related proposed order, was served by CM/ECF electronic filing on the following attorneys of record:

Robert Ukeiley
Law Office of Robert Ukeiley
435R Chestnut Street, Ste. 1
Berea, KY 40403
Tel: (859) 986-5402
Fax: (866) 618-1017
rukeiley@igc.org

and by email to:

Jay Tutchton, Esq.
WildEarth Guardians
1526 Wynkoop Street, Suite 300
Denver, CO 80202
720-301-3843
jtutchton@wildearthguardians.org


                                            /s/ Romney S. Philpott

                                            Counsel for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT, UNITED STATES DEPARTMENT OF INTERIOR, DIRK KEMPTHORNE, in his official capacity as Secretary of the Interior, LINDA RUNDELL, in her official capacity as State Director of the New Mexico Bureau of Land Management Office,<br><br>      Defendants. | No. 1:08-cv-00802-ESH |

**ORDER ON UNOPPOSED MOTION FOR THIRD EXTENSION OF TIME TO RESPOND TO COMPLAINT**

This matter is before the Court on the United States Bureau of Land Management, United States Department of Interior, Dirk Kempthorne, and Linda Rundell's (hereinafter "Defendants"), Unopposed Motion for a Third Extension of Time to Respond to Complaint, filed September 4, 2008. The motion hereby GRANTED, and Defendants are ORDERED to submit their response to the Complaint on or before September 29, 2008.

Dated: this _____ day of September, 2008.

                                                                                                           _____
                                                                                                           U.S. District Judge